INTRASTATE OIL COMPANY, A CORPORATION OF NEW JERSEY, RELATOR-APPELLANT, v. THE BOARD OF COMMISSIONERS OF THE CITY OF ORANGE, BUILDING AND PLUMBING INSPECTOR, THOMAS DOWLING, AND CITY CLERK WILLIAM F. CHRISTIANSEN, RESPONDENTS.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Palmieri & Palmieri* (*William Herda Smith*).

For the respondents, *Edward R. McGlynn*.

The opinion of the court was delivered by

BODINE, J. The relator attempts to have us review an order of the Supreme Court discharging a rule to show cause why *mandamus* should not issue to compel the issuance of a building permit and a license for the erection of a gasoline service station.

Since the constitutionality of a statute is not involved, the Supreme Court's refusal of *mandamus* is not reviewable in this court. *Matlack* v. *Lloyd*, 82 *N. J. L.* 739; *Camden* v. *Public Service Railway Co.*, 84 *Id.* 309.

The appeal must be dismissed.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.